UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DE'ANDREA L. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:07-cv-52-WGH-RLY ) |
| ANTHEM LIFE INSURANCE COMPANY and ANTHEM LIFE INSURANCE COMPANIES, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER ON PETITION FOR PERMISSIVE JOINDER UNDER TRIAL RULE 20

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Petition for Permissive Joinder Under Trial Rule 20 originally filed in the Posey Superior Court, but pending at the time of the removal of this case to this court.[1]  The Magistrate Judge, being duly advised, hereby **DENIES** the petition for permissive intervention.

Movant, Angel D. Hubner, seeks to join in this case pursuant to Rule 20 of the Federal Rules of Civil Procedure which relates to permissive joinder of the parties.  Under that rule, "[a]ll persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurrence, or series of transactions or

---

[1] The parties consented to Magistrate Judge jurisdiction in their Proposed Case Management Plan filed on July 23, 2007.  (Docket No. 16).  District Judge Richard L. Young issued an Order of Reference on July 25, 2007.  (Docket No. 17).

Case 3:07-cv-00052-WGH-RLY   Document 24   Filed 08/14/07   Page 2 of 3 PageID #: 87

occurrences and if any question of law or fact common to all these persons will arise in the action."

Ms. Hubner's proposed third-party complaint alleges the following basis for her relief:

> 2. The dispute, stated in its simplest terms, is as follows:
>
>    a. De'Andrea L. Smith, the mother of Frederick William Hubner, III, was named the primary beneficiary of his Anthem Life Insurance policy, whether this was an oversight on the part of Mr. Hubner is of no consequence at this time.
>
>    b. A written agreement was prepared within two (2) days after Mr. Hubner's death, and signed by Ms. Smith, where in exchange for her receiving a portion of her son's ashes, she would share the Anthem Life Insurance policy with the widow, Angel D. Hubner, which written agreement De Smith has now breached.  Further De Smith agreed to pay her son's funeral bill, which obligation is still not paid.

(Notice of Supplementation of Record, Exhibit A, pp. 1-2).

In her third-party complaint, Ms. Hubner alleges that the question of whether Ms. Smith is named the primary beneficiary of the Anthem policy at issue "is of no consequence at this time."  The crux of the dispute between Ms. Hubner and Ms. Smith is that a written agreement was prepared after the decedent's death which amounts to a contract between the parties.  Ms. Hubner alleges that contract has been breached.

The Magistrate Judge concludes that the issue of whether the parties entered into a written or oral agreement after the death of the decedent and have a dispute arising out of the performance of that contract does not arise "out of the same transaction, occurrence, or series of transactions or occurrences" that are the

-2-

subject matter of the claim between Ms. Smith and Anthem Life Insurance Company. The dispute between Ms. Smith and Anthem appears to arise out of whether there has been a proper beneficiary designation and a timely payment of proceeds. This is a significantly different issue from whether Ms. Smith and Ms. Hubner entered into a contract after the death of the decedent and whether they have or have not performed pursuant to their contractual agreement. The Magistrate Judge does not find that there are common issues of law or fact that will arise from these two separate claims.

The Magistrate Judge is unable to ascertain whether there is some other basis for federal jurisdiction of the conflict between Ms. Smith and Ms. Hubner. Until and unless the petition to intervene and the proposed third-party complaint are amended to reflect a separate jurisdictional basis for that claim, the Petition for Permissive Joinder is **DENIED.**

**SO ORDERED.**

**Dated:** August 14, 2007

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

David O. Givens
AGBLAW@AOL.COM

Gene Forrest Price
FROST BROWN & TODD
gprice@fbtlaw.com

Joshua Taylor Rose
FROST BROWN & TODD, LLC
jtrose@fbtlaw.com

Leslie C. Shively
SHIVELY & ASSOCIATES
shively@sigecom.net